UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SAKILE S. CHENZIRA, | : | Case No. 1:11-cv-00917 |
| Plaintiff, | : | |
| vs. | : | O R D E R |
| CINCINNATI CHILDREN'S HOSPITAL, | : | |
| Defendant. | : | |

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby dismissed with prejudice, provided that any of the parties may, upon good cause shown, within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its enforcement.

SO ORDERED.

Dated: October 8, 2013

s/S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge